1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  BARBARA J. VALLIERE (DCBN 439353)
   DAVID J. WARD (CABN 239504)
5  Assistant United States Attorney

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7200
       FAX: (415) 436-72340
8      david.ward@usdoj.gov
       barbara.valliere@usdoj.gov
9
   Attorneys for United States of America
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK DJANGO HICKS, a/k/a KAFANI,<br>TYRONE ALEXANDER JONES<br>SUSAN ARREOLA-MARTIN, and<br>CHRISTOPHER POOL,<br><br>Defendants. | CASE NOS. 20-mj-70160 & 20 CR-0108 PJH<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO VACATE AND RESET<br>ARRAIGNMENT DATE AND TO EXCLUDE<br>TIME |

On February 11, 2020, a criminal complaint was filed in the above-captioned matter. Dkt. 1. On March 3, 2020, a grand jury returned an Indictment against the four listed defendants in the above-captioned case. Dkt. 27. The case was assigned to the Hon. Judge Vince Chhabria, and defendant Jones is scheduled to appear for his arraignment on the Indictment before this Court on March 26, 2020. Dkt. 31.[1] On March 13, 2020, Chief Judge Hamilton related this 2020 case to an earlier case involving Jones's co-defendant, Mark Hicks. Dkt. 35. On March 20, 2020, Chief Judge Hamilton granted the

---

[1] Time was excluded under the Speedy Trial Act from March 3, 2020, through March 26, 2020.

STIP. TO RESET ARRAIGNMENT DATES                1
No. 20-CR-0108 PJH

parties request to set a status hearing in 20-CR-0108 for Mark Hicks on May 6, 2020. Dkt. 37.

Based on the guidance from this Court in its *Important Notice Regarding COVID-19 and General Orders 72 and 73,*[2] the parties, by and through undersigned counsel, file this stipulation asking that the Court vacate the March 26, 2020 arraignment date, and request that the matter be reset for arraignment before the duty magistrate judge in Oakland on May 6, 2020. Undersigned counsel also ask that the matter be placed on Chief Judge Hamilton's calendar for a status hearing on the afternoon of May 6, 2020.

It is also hereby further stipulated by and between counsel for the United States and counsel for the defendant that time be excluded under the Speedy Trial Act from March 26, 2020 to May 6, 2020. The parties stipulate and agree that the ends of justice served by excluding the time from March 26, 2020 through May 6, 2020, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv). The United States intends to produce discovery to defense counsel and thus an exclusion of time under the Speedy Trial Act is also warranted to allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

The undersigned Assistant United States Attorneys certify that they have obtained approval from counsel for the defendant to file this stipulation and proposed order.

DATED: March 25 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

/s/ *Barbara J. Valliere*
DAVID J. WARD
BARBARA J. VALLIERE
Assistant United States Attorneys

/s/ *with permission*
PATRICK ROBBINS
Attorney for defendant JONES

---

[2] *See:* https://cand.uscourts.gov/notices/information-regarding-covid-19/

STIP. TO RESET ARRAIGNMENT DATES
No. 20-CR-0108 PJH

2

**[PROPOSED] ORDER**

For the reasons stated above, the Court VACATES the arraignment set for March 26, 2020 and RESETS the arraignment for May 6, 2020, on the calendar for Oakland duty magistrate on that date. The Court also ORDERS that the matter be set for a status hearing before Chief Judge Hamilton on the afternoon of May 6, 2020.

Further, based on facts set forth in the stipulation of the parties, and for good cause shown, the Court finds that failing to exclude the time from March 26, 2020 to May 6, 2020 for defendant would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from March 26, 2020 to May 6, 2020 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from March 26, 2020 through May 6, 2020 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

**IT IS SO ORDERED**. The arraignment is reset to May 5, 2020 at 10:30 a.m. before the duty magistrate in San Francisco.

DATED: March 25, 2020

_____
HON. JACQUELINE S. CORLEY
United States Magistrate

IT IS SO ORDERED AS MODIFIED
Jacqueline Scott Corley
Judge Jacqueline Scott Corley