| | |
|---|---|
| 1 | Patrick D. Robbins (CABN 152288) |
| 2 | SHEARMAN & STERLING LLP<br>535 Mission Street, 25th Floor |
| 3 | San Francisco, CA  94105-2997<br>Telephone: 415.616.1100 |
| 4 | Facsimile: 415.616.1199<br>Email: probbins@shearman.com |

*Attorney for Defendant Tyrone Jones*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>TYRONE JONES,<br><br>               Defendant. | Case No.: 20-cr-0108-JD<br><br>**STIPULATION AND [PROPOSED]<br>ORDER VACATING STATUS<br>CONFERENCE AS TO<br>DEFENDANT TYRONE JONES** |

WHEREAS, on July 17, 2021, Magistrate Judge Spero ordered defendant Tyrone Jones to reside at a community confinement center at the direction of U.S. Pretrial Services; and

WHEREAS, the parties understand that Pretrial Services has filed a form notifying Magistrate Judge Spero that Mr. Jones no longer resides at the location directed by Pretrial Services, that his whereabouts are unknown, and that a warrant has been issued for his arrest; and

WHEREAS, this Court has set a status conference for all parties in this matter for Monday, November 15, 2021 at 10:30 a.m.:

**IT IS HEREBY STIPULATED AND AGREED** between the parties to this Stipulation, with the Court's permission, that the status hearing now scheduled for Monday, November 15,

//

2021, at 10:30 a.m. be vacated as to Mr. Jones.  The parties shall notify the Court if and when Mr. Jones is located and taken into custody, and a status conference shall be reset as to him at that time.

IT IS SO STIPULATED.

Dated:  November 10, 2021    By:    /s/ *Patrick D. Robbins*
                                    Patrick D. Robbins
                                    Attorney for Defendant Tyrone Jones

Dated:  November 10, 2021

                                    STEPHANIE HINDS
                                    Acting United States Attorney

                                      /s/ *David Ward*
                                    David Ward
                                    Assistant United States Attorney

IT IS SO ORDERED.

 November 12      , 2021

                                    _____
                                    JAMES DONATO
                                    United States District Judge

STIPULATION AND [PROPOSED] ORDER
VACATING STATUS CONF. AS TO DEF. JONES
NO.: 20-cr-0108-JD                  2