CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

DAVID J. WARD (CABN 239504)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    David.ward@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 20-CR-108 JD |
| Plaintiff, | ) |
| | ) **STIPULATION TO VACATE AND RESET** |
| v. | ) **SENTENCING DATE AND [~~PROPOSED~~]** |
| | ) **ORDER** |
| TYRONE JONES, | ) |
| Defendant. | ) |

Counsel for the United States and counsel for defendant Tyrone Jones in the above-captioned matter jointly file this Stipulation and Proposed Order asking the Court to vacate the March 9, 2026 sentencing date and set a new sentencing date for either April 6, 2026, April 13, 2026, or April 20, 2026, at 10:30 a.m. before the Court. The parties ask that the Court vacate the sentencing date to allow them additional time so that they may gather and prepare additional information relevant to the sentencing. The parties have confirmed with the Court's courtroom deputy that those dates are available.

//

//

//

STIPULATION                       1
20-CR-108 JD

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: February 27, 2026

/s/ *David J. Ward*
DAVID J. WARD
Assistant United States Attorney

DATED: February 27, 2026

/s/ *with permission*
AUGUST GUGELMANN
Attorney for Defendant TYRONE JONES

STIPULATION
20-CR-108 JD

2

**[~~PROPOSED~~] ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court hereby orders that the March 9, 2026 sentencing date for defendant JONES in the above-captioned matter be vacated, and that sentencing be set for July 13, 2026 at 11:00 a.m. before this Court.


IT IS SO ORDERED.


DATED: March 3, 2026

_____
HON. JAMES DONATO
United States District Judge

STIPULATION                                     3
20-CR-108 JD