August Gugelmann, SBN 240544
august@smllp.law
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for TYRONE JONES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>TYRONE JONES,<br>Defendant. | Case No. CR 20-0108 JD_<br>**STIPULATION AND ORDER TO CONTINUE** |

Defendant Tyrone Jones and the United States hereby stipulate and agree as follows:

Sentencing in this matter was previously set for July 13, 2026. On July 8, the Court continued sentencing to August 3, 2026, a date on which defense counsel is not available. The parties therefore stipulate and agree that sentencing should be continued to August 10, 2026, a date the parties understand is convenient for the Court. Undersigned counsel have confirmed that United States Probation Officer Melissa Moy is available on August 10.

IT IS SO STIPULATED.

Dated: July 13, 2026

/s/
August Gugelmann
SWANSON & McNAMARA LLP
Attorneys for Tyrone Jones

/s/
David J. Ward
Assistant United States Attorney

## ORDER

Pursuant to stipulation, sentencing in this matter is continued to August 10, 2026 at 11:00 a.m.

IT IS SO ORDERED.

Dated: 7/28/2026

Hon. James Donato
United States District Court